

FILED

JUL 03 2012

PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, BUTTE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| TRAVIS M. DETHMAN, | |
| Plaintiff, | No. CV 12-27-GF-SEH |
| vs. | **ORDER** |
| CROSSROADS CORRECTIONAL FACILITY, | |
| Defendant. | |

On June 15, 2012, United States Magistrate Judge Keith Strong entered Findings and Recommendations[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this

---

[1] Docket No. 22.

Court will review Judge Strong's Findings and Recommendations for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. The Complaint[2] is DISMISSED WITH PREJUDICE.

2. The docket shall reflect the filing of this action constitutes one strike under 28 U.S.C. § 1915(g).

3. A certificate of appealability is DENIED. Any appeal from this disposition will not be taken in good faith due to the frivolous nature of the issues raised.

The Clerk is directed to enter judgment accordingly.

DATED this 13th day of July, 2012.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Docket No. 1.